# U.S. DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Operating Engineers Local 139 Health Benefit Fund, et al,<br>    Judgment Creditor<br>    v.<br>Dane County Contracting LLC<br>    Judgment Debtor<br>    v.<br>J.H. Findorff & Son Inc.,<br>    Garnishee. | **Garnishment**<br>**Summons and Complaint**<br>**For Non-Earnings**<br><br>**Case No. 2017-CV-1743** |

___

TO THE GARNISHEE:
You are summoned as garnishee of the debtor(s). Within 21 days after you have been served with this summons and complaint, you are required to answer as described in Wis. Stat. § 812.11, whether you are indebted to or have in your possession or under your control any property of the debtor(s). You must file the original of your answer with the Clerk of the United States District Court for the Eastern District of Wisconsin and serve a copy on the creditor's attorney or creditor,

If you fail to answer, judgment will be entered against you for the amount of the creditor's judgment against the debtor plus the costs of this action.

If you are indebted to the debtor for the sale of agricultural products grown or produced by a person or his or her minor children, you are required to pay the debtor the prescribed subsistence allowance under Wis. Stat. § 812.18(2m)(b).

From the balance remaining after any subsistence allowance has been paid and for all other garnishments, you must retain the amount of creditor's claim as stated below, plus costs not to exceed $40.

You are to retain this property pending the further order of the court. Any excess indebtedness is not subject to the garnishment as provided in Wis. Stat. § 812.18(3).

| Signature of the Attorney<br>*/s/ Cynthia L. Buchko* | Date<br>September 24, 2018 |
|---|---|

## CREDITOR'S CLAIM

THE CREDITOR STATES that a judgment, as described below, was entered in Federal Court:

| Name of Debtor(s)<br>Dane County Contracting, LLC | | |
|---|---|---|
| 17-CV-1743 | Date of Entry of Judgment<br>August 28, 2018 | Amount of Judgment<br>$228,362.18 |

and that this summary provides the total amount due over and above all offsets.

| Creditor's claim<br>$228,362.18 | Costs<br>$65.00 | Interest<br>$412.29 | Total Due on Creditor's Claim<br>$228,839.47 |
|---|---|---|---|

The creditor believes that the garnishee is indebted to or has control or possession over property of the debtor which is not exempt from execution.

| Signature of Creditor/Attorney<br>*/s/ Cynthia L. Buchko* | Date<br>September 27, 2018 |
|---|---|
| Address<br>Cynthia L. Buchko<br>In-House Counsel, Operating Engineers Local 139 Health Benefit Fund, et al<br>4702 S. Biltmore Lane<br>Madison, WI 53718 | Attorney's Telephone No.<br>608-310-8341 |